**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gilberto CARDENAS–ESPINOZA, aka
Gilbert Cardenas, Defendant—
Appellant.**

**No. 03–10270.**

**D.C. No. CR–02–01515–JMR.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Nathan D. Leonardo, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Richard B. Jones, Esq., Law Office of Richard B. Jones, Tucson, AZ, for Defendant–Appellant.

Before KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Gilberto Cardenas–Espinoza appeals from his guilty-plea conviction and 27-month sentence for illegal re-entry after

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Cardenas–Espinoza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Cardenas–Espinoza has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.